**United States Bankruptcy Court for the
Southern District of Georgia**

IN RE:

Case No. 04-20274

Anthony J. & Sharon Lemieux

Debtor(s)       /

**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Savannah, Georgia
By Wendy Pena at 11:34 am, Jun 26, 2009

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Fleet Credit Card Services, in the amount of $1,799.66 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that a Motion for the Recovery of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the US Attorney for the Southern District of Georgia, U.S. Trustee and Case Trustee, and there being no objections filed, it is further appearing that Bank of America Corporation now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,799.66, to:

> Bank of America Corporation
> C/o Dilks & Knopik, LLC
> PO Box 2728
> Issaquah, WA 98027-0125

Dated: June 25, 2009.

_John S. Dalis_
United States Bankruptcy Judge

ORDER PREPARED BY:

Drew V. Stutsman
GA Bar No. 000096
Ellis, Painter, Ratterree & Adams LLP
PO Box 9946
Savannah, GA 31412
Ph: 912-233-9700
Fx: 912-233-2281